## MAYS *v.* HARKNESS.

LUMPKIN, J. A rule nisi having been granted to foreclose a mortgage, and at the first term no answer having been filed, the case was taken out of its order and a rule absolute granted. At a later day during the term, the defendant moved to reinstate the case and to be allowed to file a defense, showing that she had a meritorious defense which she tendered for filing, that the case had been placed on the calendar for trial, and the defense would have been filed in due time before it was reached had it not been for the fact that it was taken up in advance of the regular order. *Held*, that there was no abuse of discretion on the part of the court in reinstating the case and permitting the defense to be filed.

*Judgment affirmed. All the Justices concur.*

Submitted July 18,—Decided December 17, 1906.

Motion to vacate judgment. Before Judge Reagan. Butts superior court. August 25, 1905.

*Ray & Ray* and *H. M. Fletcher,* for plaintiff.

---

## THOMPSON *v.* DUCKWORTH.

LUMPKIN, J. 1. There was no error in admitting the evidence the admission of which was assigned as error in this case.

2. The evidence authorized the verdict, and there was no error in overruling the certiorari. *Judgment affirmed. All the Justices concur.*

Submitted July 18,—Decided December 17, 1906.

Certiorari. Before Judge Lewis. Morgan superior court. September 14, 1905.

*George & Anderson,* for plaintiff.

*Williford & Middlebrooks,* for defendant.